THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FAGGELLO, Appellant.— Motion granted. Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. R. F. STEVENS COMPANY, INC., Appellant.— Motion denied. Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED E. RICHARDSON, Appellant.— Order settled and signed. Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

THE PEOPLE OE THE STATE OF NEW YORK, Appellant, v. HENRY WETZEL, Respondent. THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES A. GAAB, Respondent. THE PEOPLE OF THE STATE OF NEW YORK v. DAVID WALLACE, Respondent.— Motions denied. Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

EUGENE LAMB RICHARDS, as Superintendent of Banks of the State of New York, Plaintiff, v. LILLIE SCHARMANN and Others, as Executors, etc., Defendants.— Motion granted, without costs, upon condition that the appeal be heard at the January term, 1918. Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

NATHAN A. SEAGLE, as Executor, etc., Plaintiff, v. JOHN D. BARRETO, Defendant.— The order of the learned court at Special Term seems to be fair, and a proper exercise of discretion. The motion for a stay is, therefore, denied, without costs. Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

SPRINGFIELD NATIONAL BANK, Respondent, v. EDWARD N. BREITUNG and Others, Appellants, and Others, Defendants.— Motion for stay granted. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

FRANK TRANI, Respondent, v. SUMNER GERARD, Appellant.— Motion denied, on condition that the appellant perfect the appeal, place the case on the December calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

FRANK X. BARRETT, Respondent, v. THE CONNECTICUT GENERAL LIFE INSURANCE COMPANY OF HARTFORD, CONN., Appellant.— Appeal transferred to the First Department for hearing and determination. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

JOHN H. BRYERS, Respondent, v. HARRY J. SOKOLOW, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that reversible error is presented by the appellant's exceptions to the refusal of the trial court to instruct the jury, as requested, that " the circumstances that the Magistrate held the plaintiff after an examination, after the hearing of all the witnesses, may be considered by them on the question of whether there was malice, or malice inferable from the absence or presence of probable cause." Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.